UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CUAUHTEMOC MENESES, | No. C-11-03615 (DMR) |
| Plaintiff(s), | **ORDER VACATING DATE FOR HEARING ON PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT AND SETTING NEW HEARING DATE** |
| v. | |
| U-HAUL INTERNATIONAL, | |
| Defendant(s). | |

The court hereby ORDERS that the December 18, 2011 hearing date for Plaintiff's Motion for Leave to File First Amended Complaint is VACATED and that the hearing is rescheduled for December 17, 2011 at 1:30 p.m.

IT IS SO ORDERED.

Dated: November 8, 2011

DONNA M. RYU
United States Magistrate Judge