**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CUAUHTEMOC MENESES,

       Plaintiff(s),

      v.

U-HAUL INTERNATIONAL,

       Defendant(s).

_____/

No. C-11-03615  (DMR)

**ORDER VACATING DATE FOR HEARING ON PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT AND SETTING NEW HEARING DATE**

     The court hereby ORDERS that the December 8, 2011 hearing date for Plaintiff's Motion for Leave to File First Amended Complaint is VACATED and that the hearing is rescheduled for December 7, 2011 at 1:30 p.m.

     IT IS SO ORDERED.

Dated:  November 9, 2011

IT IS SO ORDERED
AS MODIFIED
Judge Donna M. Ryu

_____
DONNA M. RYU
United States Magistrate Judge