UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CUAUHTEMOC MENESES,

    Plaintiff(s),

v.

U-HAUL INTERNATIONAL,

    Defendant(s).
_____/

No. C-11-03615-DMR

**ORDER VACATING AND RESETTING HEARING DATE ON PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**

TO ALL PARTIES AND COUNSEL OF RECORD:

Please be advised that the previously-noticed hearing date of December 8, 2011 on Plaintiff's motion for leave to file a first amended complaint has been vacated. You are hereby notified that the hearing on the motion is set for **January 12, 2012** at **11:00 a.m.** at the U.S. District Court, 1301 Clay Street, Oakland, California 94612. For courtroom number and floor information, please check the Court's on-line calendar at http://www.cand.uscourts.gov (click "Calendars" link on left side, click link to Judge Ryu's calendar) or call Judge Ryu's Courtroom Deputy, Ivy Garcia, at (510) 637-3639, one week prior to the scheduled hearing.

IT IS SO ORDERED.

Dated: November 22, 2011



_____
DONNA M. RYU
United States Magistrate Judge