UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CUAUHTEMOC MENESES,<br><br>    Plaintiff(s),<br><br>v.<br><br>U-HAUL INTERNATIONAL,<br><br>    Defendant(s). | No. C-11-03615 DMR<br><br>**ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE, VACATING MOTION HEARING DATE, AND RESETTING HEARING FOR PLAINTIFF'S MOTION FOR LEAVE TO FIND AMENDED COMPLAINT** |

The Initial Case Management Conference previously scheduled for December 7, 2011 has been CONTINUED to **December 22, 2011 at 11:00 a.m.** The Case Management Statement is due no later than **December 15, 2011.** In addition, the court hereby VACATES the January 12, 2012 hearing date for Plaintiff's Motion to Leave to File Amended Complaint and resets the hearing date for **December 22, 2011 at 11:00 a.m.**

IT IS SO ORDERED.

Dated: November 30, 2011

IT IS SO ORDERED AS MODIFIED

DONNA M. RYU
United States Magistrate Judge