United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CUAUHTEMOC MENESES,                          No. C-11-03615 DMR

        Plaintiff(s),                        **ORDER CONTINUING CASE
MANAGEMENT CONFERENCE**

    v.

U-HAUL INTERNATIONAL,

        Defendant(s).
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

      The Case Management Conference previously scheduled for April 26, 2012 has been

CONTINUED to **May 23, 2012 at 1:30 p.m.**, Courtroom 4, 3rd Floor, U.S. District Court, 1301

Clay Street, Oakland, California 94612.  The Case Management Statement is due no later than **May

16, 2012.**  Any requests to appear by telephone must be made in a separate motion in accordance

with Court rules.

      IT IS SO ORDERED.


Dated:  April 25, 2012

                           _____
                           DONNA M. RYU
                           United States Magistrate Judge