UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CUAUHTEMOC MENESES,

          Plaintiff(s),

   v.

U-HAUL INTERNATIONAL,

          Defendant(s).
_____/

No. C-11-03615 DMR

**ORDER RE PARTIES' CASE MANAGEMENT FILINGS**

The parties in this case have filed separate case management statements [Docket Nos. 75, 76], in violation of the court's standing order, which requires parties to file joint case management statements. Furthermore, Plaintiff's filing was untimely [*see* Docket No. 74], as is his related motion to appear by telephone.

It appears from the substance of the individual statements that if the parties had met and conferred, as required, to file a joint statement, they would have been able to submit a detailed plan on how to move this action forward. The court therefore ORDERS the parties to submit a joint proposed case management plan by no later than C.O.B. May 18, 2012.

IT IS SO ORDERED.

Dated: May 18, 2012



_____
DONNA M. RYU
United States Magistrate Judge