UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CUAUHTEMOC MENESES,

    Plaintiff(s),

v.

U-HAUL INTERNATIONAL,

    Defendant(s).
_____/

No. C-11-03615 DMR

**ORDER VACATING CASE MANAGEMENT CONFERENCE AND SETTING BRIEFING SCHEDULE**

The court is in receipt of the parties' joint case management statement of May 18, 2012. [Docket No. 79.] The court hereby VACATES the May 23, 2012 case management conference and denies Plaintiff's motion to appear by telephone [Docket No. 77] as moot. The court also ORDERS that the parties comply with the following briefing schedule for formal resolution of Plaintiff's claims pursuant to the *Richard* settlement:

- Plaintiff's opening papers are due no later than June 22, 2012;
- Defendants shall submit their opposition papers no later than July 16, 2012; and
- Plaintiff's reply papers are due no later than July 30, 2012.

The court will hold a hearing on Plaintiff's motion on **September 27, 2012 at 11:00 a.m.**, Courtroom 4, 3rd Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612.

IT IS SO ORDERED.

Dated: May 18, 2012

_____
DONNA M. RYU
United States Magistrate Judge